UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:00CV-548-H

PAPA JOHN'S INTERNATIONAL, INC.                              PLAINTIFF

V.

PIZZA MAGIA INTERNATIONAL, LLC, et al.                       DEFENDANTS

**MEMORANDUM AND ORDER**

Both Pizza Magia and Assurance Company of America have filed separate motions concerning the appearance of Marlene Kurilla.

The Magistrate Judge and this Court have already considered the broad outlines of this issue previously in this case. In his October 7, 2004, opinion the Magistrate Judge found an implied waiver of the attorney-client privilege. This Court affirmed that opinion. Applying those conclusions to the present circumstances requires that Assurance produce personal identifying and contact information for Ms. Kurilla and that her deposition proceed concerning her investigation of the Pizza Magia claim. The Court believes that this discovery is essential for Pizza Magia to properly prepare its case.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Assurance's motion for protective order is DENIED.

IT IS FURTHER ORDERED that Pizza Magia's motion to compel is SUSTAINED consistent with this opinion.

cc:	Counsel of Record